**SO ORDERED.**

**SIGNED January 30, 2023.**



_____
**STEPHEN D. WHEELIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**IN RE: D'LATRA LATRICE ANDERSON**          **CASE NO: 18-80829**

**DEBTOR (S)**                                **CHAPTER 13**

### *ORDER OF DISMISSAL*

This case having come before the Court for hearing on January 26, 2023, on the Trustee's Motion to Dismiss, upon proper notice duly served. Appearances were made by Jon C. Thornburg, the Standing Chapter 13 Trustee, and Rebecca A. McBride, on behalf of the debtor.

Considering the Motion of the Trustee and for reasons orally assigned in Open Court:

**IT IS ORDERED** that the Chapter 13 Case be and the same hereby dismissed.

**IT IS FURTHER ORDERED** that the Trustee disburse all monies on hand, if any, to the Creditors/Debtor after deducting the percentage fees prescribed by 11 U. S. C. § 1326(a)(2) and is authorized pursuant to 11 U. S. C.§ 1326(a)(2) and in accordance with the Court's "No-Look" fee order to pay attorney fees from funds held by the Trustee in the case, if any.

**IT IS FURTHER ORDERED** that the Trustee be allowed administrative expenses as prescribed by 11 U.S.C. § 503(b) when applicable.

**IT IS FURTHER ORDERED** that after Trustee has disbursed the remaining funds as indicated

above, the account be closed and a final accounting be filed.

**IT IS FURTHER ORDERED** that the Trustee be discharged and released from his trust and the sureties thereon released.

**IT IS FURTHER ORDERED** that the Motion to Dismiss the case is GRANTED WITHOUT PREJUDICE to the Debtor(s) right to file a Motion to Reconsider Dismissal or Motion to Vacate the Order of Dismissal under Fed. R. Bankr. P. 9023 or 9024.

# # #

SUBMITTED BY:
JON C. THORNBURG
STANDING CHAPTER 13 TRUSTEE
PO BOX 11877
ALEXANDRIA, LA 71315
318-448-1306